[No. 39253-1-I.    Division One.    February 22, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. LLOYD VINCENT
DUAL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-07662-5, Larry Jordan, J., entered July
22, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 40647-7-I.    Division One.    February 22, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. KAREN SILVA,
*Appellant*.

Appeal from a judgment of the Superior Court for Skagit
County, No. 96-1-00511-7, John M. Meyer, J., entered April
18, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 41097-1-I.    Division One.    February 22, 1999.]

JOHN GRAHAM, ET AL., *Appellants*, v. ROY L. VANNOY, ET
AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 95-2-02987-6, Peter Jarvis, J., entered July 18,
1997. *Reversed* by unpublished opinion per Webster, J.,
concurred in by Baker and Ellington, JJ.

[No. 41691-0-I.    Division One.    February 22, 1999.]

STEVEN H. MILLER, ET AL., *Respondents*, v. MICHAEL D.
DOOLITTLE, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for San
Juan County, No. 97-2-05011-2, Vickie I. Churchill, J.,
entered October 11, 1997. *Reversed* by unpublished opinion
per Baker, J., concurred in by Agid, A.C.J., and Appelwick,
J.